UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

LAURA LEIGH,

        Plaintiff,

v.

KEN SALAZAR, et al.,

        Defendants.

3:10-CV-0417-LRH-VPC

ORDER

Before the court is plaintiff Laura Leigh's ("Leigh") motion for a temporary restraining order. Doc. #3.[1]

On February 13, 2010, the court held an initial status conference on Leigh's motion for a temporary restraining order seeking an injunction to prevent the Bureau of Land Management ("BLM") from carrying out the Tuscarora gathering of wild horses in northwestern Elko County, Nevada. Doc. #4.

At the hearing, counsel for the BLM explained that the gathering that was previously scheduled had been postponed to, at the earliest, Sunday July 18, 2010. On the basis of this representation the court scheduled a hearing on Leigh's motion for Thursday July 15, 2010, at 2:30 p.m. Doc. #4.

On July 14, 2010, at 4:30 p.m., the court was informed that the director of the BLM, Bob

---

[1] Refers to the court's docketing number.

Abbey ("Abbey"), had authorized an emergency gather of wild horses to begin on the morning of July 15, 2010, at 6:00 a.m., prior to the court's hearing on the motion for temporary restraining order. Based on this change in the BLM's position, the court finds it necessary to grant an immediate injunction preventing the Tuscarora gathering of wild horses until further order by the court.

IT IS THEREFORE ORDERED that defendants are prohibited from carrying out the gathering of any wild horses from within the Owyhee, Rock Creek and Little Humboldt Herd Management Areas in the northwest of Elko County, Nevada, until further order of the court.

IT IS FURTHER ORDERED that the motion hearing scheduled on Thursday July 15, 2010, at 2:30 p.m. shall proceed as scheduled.

IT IS SO ORDERED.

DATED this 14th day of July, 2010, at 5:00 p.m.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2