UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

LAURA LEIGH,            )
                        )   3:10-cv-00417-LRH-VPC
         Plaintiff,     )
                        )   <u>MINUTE ORDER</u>
vs.                     )
                        )   July 23, 2010
KEN SALAZAR, et al.,    )
                        )
         Defendants.    )
                        )

PRESENT: THE HONORABLE LARRY R. HICKS, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK: NONE APPEARING          REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S):   NONE APPEARING

COUNSEL FOR DEFENDANT(S):   NONE APPEARING

**MINUTE ORDER IN CHAMBERS**:

Before the court is Plaintiff's Renewed Motion for Temporary Restraining Order [24]. Good cause appearing,

IT IS HEREBY ORDERED that Defendants shall file a responsive pleading by 5:00 pm on Monday, July 26, 2010. Plaintiff's reply, if any, shall be filed by noon on Tuesday, July 27, 2010. The motion shall then be brought before the court.

IT IS SO ORDERED.

LANCE S. WILSON, CLERK

By: /s/
    Deputy Clerk